IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02738-BNB

EARL J. CROWNHART,

    Applicant,

v.

JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 26, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 26 day of November, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/  S. Grimm
                      Deputy Clerk